UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| SAMUEL MADIGAN PIERCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:22-cv-00086-LEW |
| | ) | |
| THOMAS MADIGAN PIERCE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On May 20, 2022, the United States Magistrate Judge filed with the court, with copy to Plaintiff, her Recommended Decision dismissing Plaintiff's Complaint for failure to pay a filing fee or request to proceed *in forma pauperis*. The time within which to file objections expired on June 3, 2022, and no objections have been filed. The Magistrate Judge notified Plaintiff that failure to object would waive his right to *de novo* review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED. Plaintiff's Complaint is DISMISSED, and Plaintiff's motion for a temporary restraining order is DENIED AS MOOT.

**SO ORDERED.**

Dated this 17th day of June, 2022.

                                                       /s/ Lance E. Walker
                                         UNITED STATES DISTRICT JUDGE